**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* ____________ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **T & S Farms, a Partnership** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0534980** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2348 East 200 North**<br>**Saint Anthony, ID 83445**<br>Number, Street, City, State & ZIP Code<br><br>**Fremont**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor **T & S Farms, a Partnership** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 2, 2017**
MM / DD / YYYY

*X* **/s/ Dell W. (Smokey) Gould**
Signature of authorized representative of debtor

**Dell W. (Smokey) Gould**
Printed name

Title **a General Partner**

**18. Signature of attorney**

*X* **/s/ Brent T. Robinson**
Signature of attorney for debtor

Date **May 2, 2017**
MM / DD / YYYY

**Brent T. Robinson**
Printed name

**Robinson & Tribe**
Firm name

**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
Number, Street, City, State & ZIP Code

Contact phone **(208) 436-4717** Email address

**1932**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **T & S Farms, a Partnership**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Simplot Growers Solutions<br>751 North 3900 East<br>Ashton, ID 83420** | **Brian<br>(208) 431-9999** | **Fertilizer & Seed etc** | | | | **$744,526.14** |
| **Real Potatoes LTD<br>PO Box 905<br>Cornwall PE Canada** | **Gerrard Basten<br>(902) 393-4766** | **Seed Potatoes** | **Subject to Setoff** | | | **$78,687.76** |
| **United Potato Growers of ID<br>457 North 80 West<br>Blackfoot, ID 83221** | | **Membership Dues** | | | | **$4,680.00** |
| **John Deere Financial<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131** | | **Parts & Supplies** | | | | **$1,534.69** |
| **American Express<br>Box 0001<br>Los Angeles, CA 90096-0001** | | **Misc. Business Expenses** | | | | **$343.86** |
| **C-A-L Ranch<br>PO Box 1866<br>Idaho Falls, ID 83403** | **(208) 523-3359** | **Misc. Parts & Supplies** | | | | **$331.72** |
| **Capital One<br>P.O. Box 60024<br>City Of Industry, CA 91716-0024** | | **Misc. Business Expenses** | **Contingent Unliquidated** | | | **$225.14** |
| **Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019** | | **Misc. Business Expenses** | **Contingent Unliquidated** | | | **$190.90** |
| **Rexburg Valley Country Store<br>115 North 2nd West<br>Rexburg, ID 83440** | | **Parts & Supplies** | | | | **$161.04** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **T & S Farms, a Partnership** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Simplot Growers Solutions 751 North 3900 East Ashton, ID 83420** | **Brian (208) 431-9999** | **Fertilizer & Seed etc** | | | | **$744,526.14** |
| **Real Potatoes LTD PO Box 905 Cornwall PE Canada** | **Gerrard Basten (902) 393-4766** | **Seed Potatoes** | **Subject to Setoff** | **$78,667.76** | **$46.321.70** | **$32,366.06** |
| **United Potato Growers of ID 457 North 80 West Blackfoot, ID 83221** | | **Membership Dues** | | | | **$4,680.00** |
| **John Deere Financial 6400 NW 86th Street PO Box 6600 Johnston, IA 50131** | | **Parts & Supplies** | | | | **$1,534.69** |
| **American Express Box 0001 Los Angeles, CA 90096-0001** | | **Misc. Business Expenses** | | | | **$343.86** |
| **C-A-L Ranch PO Box 1866 Idaho Falls, ID 83403** | **(208) 523-3359** | **Misc. Parts & Supplies** | | | | **$331.72** |
| **Capital One P.O. Box 60024 City Of Industry, CA 91716-0024** | | **Misc. Business Expenses** | **Contingent Unliquidated** | | | **$225.14** |
| **Bank of America PO Box 15019 Wilmington, DE 19886-5019** | | **Misc. Business Expenses** | **Contingent Unliquidated** | | | **$190.90** |
| **Rexburg Valley Country Store 115 North 2nd West Rexburg, ID 83440** | | **Parts & Supplies** | | | | **$161.04** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Idaho

In re **T & S Farms, a Partnership** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **a General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 2, 2017**

Signature **/s/ Dell W. (Smokey) Gould**
**Dell W. (Smokey) Gould**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Idaho

In re **T & S Farms, a Partnership** Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the a General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 2, 2017**

**/s/ Dell W. (Smokey) Gould**
**Dell W. (Smokey) Gould**/**a General Partner**
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Agco Finance LLC
4412 114th Street
Urbandale, IA 50322

Agri Service
P.O. Box 285
Twin Falls, ID 83303-0285

American Express
Box 0001
Los Angeles, CA 90096-0001

American Express
c/o Beckett and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of Commerce
PO Box 517
Rexburg, ID 83440-0517

Beehive Credit Union
P.O. Box 65479
Salt Lake City, UT 84165-0479

Beehive Federal Credit Union
P.O. Box 40
Rexburg, ID 83440-0040

C-A-L Ranch
PO Box 1866
Idaho Falls, ID 83403

Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024

CNH Industrial Capital
PO Box 3600
Lancaster, PA 17604

DLL Finance LLC
8001 Birchwood Court
PO Box 2000
Johnston, IA 50131-0020

Farm Bureau Finance Co.
P.O. Box 4848
Pocatello, ID 83205

Farm Credit Leasing
NW-9675
P.O. Box 1450
Minneapolis, MN 55485

Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722-2302

Internal Revenue Service
Centralized Insolvency Dept
P.O. Box 7346
Philadelphia, PA 19114-7346

Internal Revenue Service
Insolvency Division
550 West Fort Street Ste 300
Boise, ID 83724

John Deere Credit
P.O. Box 6600
Johnston, IA 50131-6600

John Deere Financial
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197

Leaf Financial
PO Box 643172
Cincinnati, OH 45264

Real Potatoes LTD
PO Box 905
Cornwall PE Canada

Rexburg Valley Country Store
115 North 2nd West
Rexburg, ID 83440

Simplot Growers Solutions
751 North 3900 East
Ashton, ID 83420

Simplot Growers Solutions
ATTN: P. Mark Thompson, Esq
P.O. Box 27
Boise, ID 83707-0027

TD Auto Finance
P.O. Box 16035
Lewiston, ME 04243-9517

U. S. Attorney's Office
MK Plaza, Plaza IV
800 Park Boulevard Suite 600
Boise, ID 83712-9903

United Potato Growers of ID
457 North 80 West
Blackfoot, ID 83221

Wells Fargo Bank
PO Box 3488
Portland, OR 97208-3488